NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COMMONWEALTH LABORATORIES, INC.,**
*Plaintiff-Appellee*

v.

**QUINTRON INSTRUMENT COMPANY, INC.,**
*Defendant-Appellant*

---

2015-2010

---

Appeal from the United States District Court for the Southern District of Florida in No. 1:14-cv-20083-PAS, Judge Patricia A. Seitz.

---

## JUDGMENT

---

JAY F. UTLEY, Baker & McKenzie LLP, Dallas, TX, argued for plaintiff-appellee. Also represented by ERIN M. CHOI; JODI PANDOLFI, LEE STAPLETON, Miami, FL.

DANIEL R. JOHNSON, Ryan, Kromholz & Manion, S.C., Milwaukee, WI, argued for defendant-appellant. Also represented by JOSEPH A. KROMHOLZ; LAWRENCE DEAN GOODMAN, Devine Goodman Rasco & Watts-FitzGerald, LLP, Miami, FL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (NEWMAN, DYK, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 May 19, 2016             /s/ Peter R. Marksteiner
     Date                 Peter R. Marksteiner
                              Clerk of Court